Matter of BOUKER CONTRACTING CO. v. W. H. CALLAHAN CONTRACTING CO. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Motion granted; question certified. Order filed.

———

BRAMHALL DEANE CO. v. Mary E. McDONALD. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Application granted. Order signed. Motion for stay granted on conditions stated in order. Order filed.

———

B. P. DUCAS CO., Applt., v. The BAYER COMPANY, Inc., Respt. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

———

Edward N. BREITUNG, Respt., v. L. Allyn WIGHT, Thomas W. Lamar, Harry L. Parker, and James L. Freeborn, copartners, etc., Applts. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Appeal from order of Special Term, New York County, denying motion for leave to serve an amended answer.

PER CURIAM. We are of opinion that the matter sought to be introduced by the amended answer is immaterial, and therefore the order appealed from must be affirmed, with $10 costs and disbursements. Order filed.

———

In the Matter of the application of Rose Falls BRES, for admission to the bar. (Supreme Court, Appellate Division, Second Department. February 11, 1916.) Application granted.

———

Elira BROKAW v. Louis SHERRY. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Motion denied, with $10 costs. Order filed.

———

Max BROWN, Applt., v. Benjamin HOFFMAN, Respt. (Supreme Court, Appellate Division, First Department. March 24, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed. See, also, 151 N. Y. Supp. 573, 167 App. Div. 897.

———

George D. BROWN, plaintiff-appellant, Ralph Brown, receiver-appellant, v. PURDY CONSTRUCTION COMPANY et al., defendants, William S. Finberg and International Heater Company, respondents. (Supreme Court, Appellate Division, Second Department. March 10, 1916.) Order of the County Court of Kings County modified, by allowing and settling the receiver's accounts as filed, and directing that the balance in the receiver's hands, after payment of his legal fees and charges, and attorney's fees, as provided in the order, be paid to the plaintiff in this action as assignee of Purdy Construction Company, and, as so modified, order affirmed, with $10 costs and disbursements to the appellants. No opinion. Jenks, P. J., and Thomas, Stapleton, Mills, and Putnam, JJ., concur.

Michael J. BUCKLEY, and Daniel Buckley, infants, by Mary A. Buckley, their guardian ad litem, respondents, v. Loretta BUCKLEY, et al., respondents, Alois L. Hofaker, purchaser appellant. (Supreme Court, Appellate Division, Second Department. March 24, 1916.) Order of the County Court of Kings County reversed, with $10 costs and disbursements, and motion granted, with $10 costs. Any money paid by said purchaser on the purchase price directed to be returned to him, with interest from date of payment thereof, upon the ground that the Court did not gain jurisdiction of the appellant through the failure to make an order requiring a copy of the summons to be also delivered, in behalf of the defendant, to a person designated in the order "as required" by section 426 of the Code of Civil Procedure. Jenks, P. J., and Thomas, Carr, Stapleton, and Mills, JJ., concur.

———

Julia C. BUSH, respt., v. Frank L. CROSSETT, applt. (impleaded with Kate Crossett et al., defendants). (Lot No. 15.) (Supreme Court, Appellate Division, Third Department. March 8, 1916.) Judgment affirmed, with costs. All concur, except Kellogg, P. J., dissenting, and Lyon, J., not sitting.

———

Julia C. BUSH, respt., v. Frank L. CROSSETT, applt. (impleaded with Kate Crossett et al., defts.) (Lot. No. 17.) (Supreme Court, Appellate Division, Third Department. March 8, 1916.) Judgment unanimously affirmed, with costs. Lyon, J., not sitting.

———

Julia C. BUSH, respt., v. Frank L. CROSSETT, Applt. (impleaded with Kate Crossett et al., defts.) (Lot No. 27.) (Supreme Court, Appellate Division, Third Department. March 8, 1916.) Judgment unanimously affirmed, with costs. Lyon, J., not sitting.

———

Julia C. BUSH, respt., v. Frank L. CROSSETT. applt. (impleaded with Kate Crossett et al., defts.) (Lot No. 41.) (Supreme Court, Appellate Division, Third Department. March 8, 1916.) Judgment unanimously affirmed, with costs. Lyon, J., not sitting.

———

Julia C. BUSH, respt., v. Frank L. CROSSETT, applt. (impleaded with Kate Crossett et al., defts.). (Lot No. 43.) (Supreme Court, Appellate Division, Third Department. March 8, 1916.) Judgment unanimously affirmed, with costs. Lyon, J., not sitting.

———

Thomas F. BYRNES, respondent, v. Frank J. TYLER and Frances Tyler, appellants; Mary Byrnes et al., defendants. (Supreme Court, Appellate Division, Second Department. March 17, 1916.) Motion to dismiss appeals denied, on condition that appellants perfect their appeal, place the case on the April calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs in each case.

———

In the Matter of Bernard A. CAFFREY. (Supreme Court, Appellate Division, First Department. March 24, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.